# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICKY A. SHAW,** : | CIVIL ACTION NO. 1:09-CV-0359 |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **CUMBERLAND TRUCK EQUIPMENT CO.,** : | |
| Defendant : | |

## **ORDER**

AND NOW, this 26th day of February, 2010, upon consideration of the stipulation (Doc. 17) to dismiss Count III of plaintiff's complaint (Doc. 1), filed jointly by the parties, it is hereby ORDERED that the stipulation (Doc. 17) to dismiss Count III of the complaint is GRANTED. Plaintiff's claim for harassment is DISMISSED with prejudice. FED. R. CIV. P. 41(a)(2).

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge