# EXHIBIT

# C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICKY A. SHAW,  : CIVIL ACTION
:
          Plaintiff :
: No. 09-359
  v.  :
:
CUMBERLAND TRUCK EQUIPMENT :
COMPANY, :
:
          Defendant :

Oral Deposition of

RICKY A. SHAW

DATE:  Tuesday, January 12, 2010

TIME:  9 a.m.

PLACE: GOLDBERG KATZMAN
       320 Market Street
       Harrisburg, Pennsylvania

TAKEN BY: Defendant

APEX REPORTING SERVICE
By:  Sharon L. Dougherty
P. O. Box 6265
Harrisburg, PA 17112-0265
717.545.3553



CONDENSED COPY

Page 76

```
 1  September?
 2    A     Late September.  Maybe into October.  I really
 3  don't recall what day it was.
 4    Q     So you at least considered yourself no longer an
 5  employee of Cumberland as of the end of September of '07?
 6    A     Yeah.
 7    Q     But you still received your short-term disability
 8  benefits until a year after you applied for them, which would
 9  have been around April of '08.
10    A     Yes, I did.
11    Q     What were you making at Cumberland when you left
12  employment?
13    A     $11.65 an hour.
14    Q     Did that payment stop upon leaving February 26th
15  of '07 on medical leave?
16    A     I'm sorry?
17    Q     Did the hourly payment of $11.65 an hour, did
18  that stop when you went out on medical leave in February of
19  '07?
20    A     Yes.
21    Q     While you were employed at Cumberland, did you
22  contribute to a 401K plan at all?
23    A     Yes, I did.
24    Q     Do you remember how much you contributed per
25  month?  Was it a monthly contribution?
```

Page 77

```
 1    A     It was a weekly contribution.  I mean, biweekly.
 2  Every paycheck.
 3    Q     Every pay period.
 4    A     Every pay period.
 5    Q     Do you remember how much you contributed?
 6    A     At the end there I was only contributing the
 7  minimum which I think is 6 percent that they would match.
 8  Prior to that I had contributed almost 10 percent for awhile
 9  there when I didn't need the money.
10    Q     At some point when you left employment with
11  Cumberland you were able to get the money from the 401K?
12    A     Yes, I was.
13    Q     You testified before about a military pension.
14    A     Yes.
15    Q     Is that a retirement from the military?  Is that
16  a monthly pension?
17    A     Yes, it is.
18    Q     Have you been receiving that since 1992 when you
19  left the military?
20    A     Yes.
21    Q     How much is that per month?
22    A     At present it is about $927 a month.
23    Q     You say at present.  Did the amount change since
24  '92?
25    A     Yes, it has.
```

Page 78

```
 1    Q     Why did it change?
 2    A     Because now I am getting some money from the
 3  Veteran's Administration which cuts into the disability.  I am
 4  getting money from the Veteran's Administration for
 5  disability, and that cuts into the military pension.
 6    Q     So from 1992 until you started receiving money
 7  from the Veteran's association, was that always the same
 8  amount?
 9    A     No.  You get yearly raises and stuff like that.
10    Q     I believe you testified that you received about
11  three weeks of unemployment compensation?
12    A     Yes, I did.
13    Q     Do you remember the amount of that?
14    A     Three checks for -- about $220 per week.
15    Q     You testified that you received short-term
16  disability which was 60 percent of your salary for one year;
17  is that right?
18    A     Yes.
19    Q     Then you never received long-term disability
20  benefits from Cumberland or a company associated with
21  Cumberland?
22    A     No.
23    Q     Did you at some point apply for Social Security
24  disability benefits?
25    A     Yes, I did.
```

Page 79

```
 1    Q     How did you make the decision to apply for those?
 2    A     You mean why or how?
 3    Q     Why?
 4    A     Why?  Because the economy was going in the
 5  crapper, and I had approached people looking for a job.  With
 6  so many people out there who just got laid off who were young
 7  and vigorous, the decision was that they would hire somebody
 8  like that before hiring an old guy like me who just come off
 9  disability.  So I decided, looking out for my future, I better
10  apply for Social Security Disability.
11    Q     When did you apply for that?
12    A     I applied for that in January of '08.
13    Q     Based upon what disability?  Your knee condition?
14    A     Yes.
15    Q     Were you approved right away?
16    A     Not for awhile.  I started receiving Social
17  Security Disability in March of '08.
18    Q     Is that a monthly payment?
19    A     Yes, it is.
20    Q     How much per month?
21    A     At present it's $1211 I believe.
22    Q     So you have been receiving about $1200, $1211
23  from March of '08 to the present time from the Social Security
24  Administration?
25    A     Yes.
```