# EXHIBIT

# 1



## Goldberg Katzman

A full-service law firm.

February 26, 2009

Arthur L. Goldberg
(1951-2000)

Harry B. Goldberg
(1961-1998)

Ronald M. Katzman
Paul J. Esposito
Neil E. Hendershot
J. Jay Cooper
Thomas E. Brenner
April L. Strang-Kutay
Jerry J. Russo
Michael J. Crocenzi
Thomas J. Weber
Steven E. Grubb
Royce L. Morris
Joseph M. Sembrot
J. Ronaldo Legaspi
Jennifer L. Mundy
S. Baker Kensinger

COUNSEL
Joshua D. Lock
Arnold B. Kogan
Heather L. Paterno

Ricky Shaw
300 Walnut Lane
Carlisle, PA 17013

   **RE: Fee Agreement**

Dear Ricky:

  It was a pleasure speaking with you. You have agreed to retain Goldberg Katzman, P.C. in representing you against Cumberland Truck Equipment Co. You have not just retained me, but the entire firm. At times I may have associates or paralegals work on your case if I believe it is the most effective way to represent you. However, I will remain your primary contact. If at any time you have any questions, please feel free to call me or write me. The free flow of information between attorney and client is critical.

  We also agreed that Goldberg Katzman, P.C. will be entitled to one third of any monies we are able to recover for you from Cumberland Truck Equipment Co.

  You may incur certain costs associated with your litigation against Cumberland Truck Equipment Co. such as transcripts, copies of discovery, and mileage for me to attend court dates and depositions associated with the litigation. This law firm will pay the expenses, except the filing fee, with the understanding that you will need to reimburse the law firm at the conclusion of this case.

  Our engagement as legal counsel may be terminated by you at any time for any reason. We may withdraw as your legal counsel for good cause, which includes your failure to timely make payment for expenses advanced, refusal to cooperate with us or to follow our advice on a material matter or any other fact or circumstance that would render our continued representation unlawful or unethical. If and when our services to you conclude, all the unpaid costs will be immediately due and payable.

HARRISBURG | LANCASTER | CARLISLE

320 Market Street, Strawberry Square | P.O. Box 1268 | Harrisburg, PA 17108-1268 | 717-234-4161 | 717-234-6808 (fax) | www.goldbergkatzman.com

    If this Agreement is acceptable to you, please sign below and return it to me in the self-addressed, stamped envelope.

                Very truly yours,

                Michael J. Crocenzi

MJC/stw

Agreed to and accepted this 3rd day of March 2009.

Ricky Shaw

171167.1