# EXHIBIT

# 3

## IN THE UNITED STATES DISTICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICKY A. SHAW,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **Civil Action No. 09-359** |
| **CUMBERLAND TRUCK** | : | |
| **EQUIPMENT CO.,** | : | **(Judge Conner)** |
| **Defendant** | : | |

### AFFIDAVIT OF
### PETER J. RUSSO, ESQUIRE

I, PETER J. RUSSO, ESQUIRE, do hereby swear that the following is true and correct to the best of my knowledge, information and belief:

1.     I am the sole shareholder of the Law Offices of Peter J. Russo, P.C. and have owned my own law firm since being admitted into the practice of law in 1994.

2.     I was co-counsel with Michael J. Crocenzi of Goldberg Katzman, P.C. in representing Ricky Shaw in his Americans with Disabilities Act action against Cumberland Truck Equipment Company.

3.     Attached as Exhibit 1 to this affidavit is my resume which sets forth my education and work experience.

4.     I have been a member of the bar in good standing since November 1994.

{00516279;v1}

5.   I have substantial civil litigation experience, including employment discrimination matters.

6.   After I initially met with Ricky Shaw, I contacted Michael J. Crocenzi and asked whether he would be willing to work with me in representing Mr. Shaw due to the complexity of the matter and the anticipated costs of litigation.  Attorney Crocenzi and I agreed that I would received one-third of any fee that he received in the case.

7.   Because of the complexity of the case, the difficulty of obtaining a favorable jury verdict in an ADA case, and the contingent nature of the fee, my firm took a significant risk in representing Mr. Shaw in this ADA action against Cumberland Truck Equipment Company.

8.   Because of the factors listed above, I believe a reasonable hourly rate of $310.00 is reasonable.

9.   My time is recorded contemporaneously into a computerized billing software program.  Attached as Exhibit 2 is a printout of my computerized billing software program detailing the time spent on Mr. Shaw's case.  The printout accurately reflects the time keeper, the amount of time spent on the task, and a description of the task.

10.   My law firm uses initials to designate the time keeper.  PJR refers to myself and ARM refers to Ashley R. Malcolm  Attorney Crocenzi and I did our

best not to duplicate routine matters, but it was necessary for us to work closely together to adequately represent Mr. Shaw throughout this case.

11.     My law firm only incurred copying costs of $156.75.   These costs were reasonably and necessary to prosecute Mr. Shaw's case to a successful jury verdict.

Peter J. Russo, Esquire

Sworn to and subscribed
before me this _____ 17th _____ day
of _JUNE_____, 2011.

Notary Public
My Commission Expires: _Feb 14 2012_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cesar L. Buono, Notary Public
Camp Hill Boro, Cumberland County
My Commission Expires Feb. 14, 2012
Member, Pennsylvania Association of Notaries

# EXHIBIT

# 1

# Peter J. Russo

**BAR ADMISSIONS**
Supreme Court of Pennsylvania
Eastern and Middle Districts of Pennsylvania

**LEGAL EDUCATION**
Widener University School of Law                                    J.D. awarded May 1994
Harrisburg, Pennsylvania
New York Law School
New York, New York
      Special Litigation Training: Trial Methods and Advocacy Clinic at Widener University;
      National Institute for Trial Advocacy Program; Intensive Trial Advocacy Program

**PRELEGAL EDUCATION**
Marist College                                                     B.S. awarded May 1989
Poughkeepsie, New York
      Major:  Criminal Justice     3.5 GPA

**EXPERIENCE**
**Law Offices of Peter J. Russo, P.C.**                            November 1994 – Present
Carlisle, Harrisburg and Mechanicsburg, Pennsylvania
*Attorney*.        Operate a general law practice consisting of 75 to 125 clients;  complete all phases of civil litigation from drafting complaints and motions, conducting discovery and performing trial and appellate work on behalf of plaintiffs and defendants. Types of cases include bankruptcy, contracts, civil rights, personal injury, medical malpractice, landlord/tenant, unemployment compensation, workers' compensation and an emphasis on domestic relations in the nature of divorce and custody matters;  cases proceed at state and federal levels in all surrounding counties.

**Harrisburg Civil Law Clinic**                                    December 1993 – June 1994
Harrisburg, Pennsylvania
*Certified Legal Intern*. Practiced as an attorney under the Pennsylvania Supreme Court's Student Practice Rules. Interviewed, counseled and represented indigent clients in general civil litigation matters ranging from contracts to divorce.  Duties included preparing for litigation, conducting preliminary negotiations and non-judicial dispute resolution, and preliminary matters in trial courts of limited and general jurisdiction in the Commonwealth.

**Corporation Counsel of the City of New York**                    November 1989 – September 1992
New York, New York
*Field Investigation Specialist*.   One of five citywide field investigators to conduct surveillance to detect misconduct, illegal or unethical activities of persons involved in litigation with the City;   performed sensitive investigations of misconduct by Department employees.

**TEACHING EXPERIENCE**
**Partners' Program**                                              January 1998 – Present
Carlisle, Pennsylvania
*Program Instructor and Co-Chair*.        Instruct classes of high school seniors at Cedar Cliff, Trinity, Cumberland Valley and East Pennsboro in family law and domestic relations law.

**Academy of Medical Arts and Sciences**                           March 1999 – April 2000
Harrisburg, Pennsylvania
*Instructor of Paralegal Studies*. Instructed classes of up to twenty paralegal students in family law, torts and civil litigation;  prepared in-depth lesson plans and examinations; administered and graded quizzes and examinations.

Peter J. Russo

Education:
Marist College (B.S., cum laude, 1989)
Widener University School of Law (J.D., 1994)

Licenses Held:
Admitted to Pennsylvania Supreme Court – 1994;
Admitted to U.S. District Court, Middle District of Pennsylvania – 1994;
Admitted to U.S. District Court, Eastern District of Pennsylvania – 1995;
Title Licenses Granted in Pennsylvania, Maryland, Virginia, Ohio, Delaware, Florida, New Jersey, West Virginia and Georgia.

Professional Memberships:
Cumberland County Bar Association; Dauphin County Bar Association; Pennsylvania Bar Association; American Bar Association, Pennsylvania Trial Lawyers Association, America Inn of Court; Pennsylvania Mortgage Brokers Association; Adjunct Professor, Torts and Trial Methods, Academy of Medical Arts and Business, 1999-2000.

Memberships:
Member, Board of Directors, Healthy Choices – N – City Kids;
Member, Board of Directors, Jump Street 2004 – Present;
Event Chair, Jump Street, Derby Day, 2005 – 2009;
Member, Board of Directors, Cultural Enrichment Fund, 2006 – Present;
Member, Board of Directors, Jake Gittlen Memorial Golf Tournament, 2006 – Present.

Lecturer:
"Easements and Rights-of-Ways," Pennsylvania Land Title Institute, 2001;
"Joint Ventures and Affiliated Business Associations," Pennsylvania Mortgage Brokers Association, 2001;
"Decedent's Estates," Pennsylvania Land Title Institute, 2002;
"Ownership of Real Property," Conestoga Title Insurance Company, 2002;
"Impact of Decedent's Estates" The Security Title Guarantee Corporation of Baltimore, 2004.

"Effect of Clifton v. Hall" The CCBA Inn of Courts, 2011

Practice Areas:
Bankruptcy, Civil Rights Litigation, Commercial Litigation, Domestic Relations, Employment Law, Family Law, Personal Injury, Real Estate, Wills and Estates, Workers' Compensation.

Representative Clients:
A.C.A. Mortgage Services, Inc.; Aardvark Signs; Accurate Solutions, LLC; Accurate Solutions, LLC; Advanced Dermatology and Skin Surgery; Allred Property Management; AT&T Wireless; Atlantis Pool; Brothers Pizza; BSSG Enterprises, Inc.; Chronister Landscaping; CJ2; Commerce Bank/Harrisburg; Consumer Impressions, Inc.; Days Inn – Harrisburg East; Department of Public Welfare; Gator Development Group, LLC; Gator Development, LLC; Guido Group, LLC; Healthcore, Inc.; JFC Temps, Inc.; Loans, USA; McGuire Lodging; Mid-Atlantic Mortgage Corporation; Morgan Fischbach Associates; Old Guard Mortgage & Financial Services, Inc.; Olde Forge Builders – Newville, Inc.; Pascotti Realty; PC-TroniX; PIP Printing; Puroclean of Susquehanna Valley; RMI; Sports Box, Inc.; The Flynn Group; TNT Distributors; York Waste Disposal.

# EXHIBIT

# 2

### *Law Offices of Peter J. Russo, P.C.*
5006 E. Trindle Road, Suite 100
Mechanicsburg, PA 17050

Ph:717-591-1755          Fax:   717-591-1756

Ricky Shaw                                                      May 31, 2011
316 Walnut Lane
Carlisle, PA
17015

|  |  | File #: | 08-0315 |
| --- | --- | --- | --- |
| **Attention:** |  | Inv   #: | Settle |

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Dec-18-08 | Consultation. | 1.00 | 0.00 | PJR |
|  | Enter client info | 0.17 | 0.00 | PJR |
| Dec-19-08 | Telephone call with Mike Crocenzi RE:███████████ | 1.25 | 0.00 | PJR |
| Dec-23-08 | Telephone call with Mike Crocenzi RE:███████████ | 0.50 | 0.00 | PJR |
| Dec-30-08 | telephone call to client | 0.17 | 0.00 | ARM |
| Jan-06-09 | telephone call to client | 0.17 | 0.00 | ARM |
| Jan-07-09 | Telephone call with client | 0.17 | 0.00 | PJR |
| Jan-16-09 | Send Email to Mike C | 0.17 | 0.00 | PJR |
| Jan-27-09 | Telephone call with Mike C | 0.50 | 0.00 | PJR |
|  | telephone call to/from client; review with PJR | 0.17 | 0.00 | ARM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | telephone call to Mike; left message with paralegal | 0.17 | 0.00 | ARM |
|  | telephone call from Melinda at Mike's office; ██████ | 0.17 | 0.00 | ARM |
| Jan-28-09 | telephone call from client | 0.17 | 0.00 | ARM |
| Feb-11-09 | Review File and make copy of all relevant information for Mike C's file | 1.00 | 0.00 | PJR |
| Feb-12-09 | telephone call from   Mike; review with ALS | 0.17 | 0.00 | ARM |
|  | Make additional copy of file; Draft letter to Atty. Crocenzi; Prepare ██████ ██████ | 0.34 | 0.00 | PJR |
| Feb-24-09 | telephone call from Mike; telephone call to Ricky; e-mail to Mike | 0.34 | 0.00 | ARM |
| Feb-27-09 | print filed docs | 0.17 | 0.00 | ARM |
| Mar-27-09 | telephone call to client; left message | 0.17 | 0.00 | ARM |
| Apr-15-09 | review of file with PJR | 0.17 | 0.00 | ARM |
| May-05-09 | telephone call to client | 0.17 | 0.00 | ARM |
|  | review incoming e-mail from PJR; schedule conf and reminders r██████ ██████ | 0.17 | 0.00 | ARM |
| May-08-09 | Telephone call with client | 0.33 | 0.00 | PJR |
|  | review incoming mail; scan | 0.17 | 0.00 | ARM |
|  | meet with client | 0.17 | 0.00 | ARM |
| May-22-09 | telephone call from   Mike C; e-mail to PJR | 0.17 | 0.00 | ARM |
| Jun-02-09 | Telephone call with Mike C RE:██████ ██████ | 0.33 | 0.00 | PJR |

| | | | | |
|---|---|---|---|---|
| | Telephone call with Client RE: ███████████ | 0.33 | 0.00 | PJR |
| Jun-05-09 | Review documents from client | 0.33 | 0.00 | PJR |
| Jun-08-09 | scan and e-mail docs to OC | 0.17 | 0.00 | ARM |
| Jun-09-09 | Review Incoming Email | 0.17 | 0.00 | PJR |
| | Review documents | 1.00 | 0.00 | PJR |
| | Review Incoming Email & response (several) to Sherry Wample | 0.33 | 0.00 | PJR |
| Jun-10-09 | review e-mail from PJR; print case management plan ███████████ | 0.17 | 0.00 | ARM |
| | Telephone call from Mike Crocenzi & e-mail | 0.17 | 0.00 | PJR |
| Jun-11-09 | Review documents - Order from judge | 0.50 | 0.00 | PJR |
| | review incoming e-mail; reschedule hearing | 0.17 | 0.00 | ARM |
| Jun-15-09 | e-mail to Mike C regarding meeting RE███████████ | 0.17 | 0.00 | ARM |
| Jun-16-09 | e-mail to/from Mike; set up apt | 0.17 | 0.00 | ARM |
| Jun-18-09 | Telephone call with Mike C | 0.33 | 0.00 | PJR |
| Jun-19-09 | e-mail to Mike C to set up appt; ██████ | 0.17 | 0.00 | ARM |
| Jun-24-09 | telephone call from   Mike C | 0.17 | 0.00 | ARM |
| Jun-25-09 | review with PJR: print docs and save filings | 0.17 | 0.00 | ARM |
| | review of e-mails from PJR; print and save orders; schedule all ██████ | 0.34 | 0.00 | ARM |

| Date | Description | | | |
|------|-------------|------|------|------|
| Jun-26-09 | Review Incoming Email & response to Mike C | 0.17 | 0.00 | PJR |
| Jun-30-09 | Telephone call from Sherry at Atty Crocenzi's office – Let Mike ███████████████ | 0.17 | 0.00 | PJR |
| | Telephone call from Sherry at Atty Crocenzi's office | 0.17 | 0.00 | PJR |
| Jul-01-09 | Telephone call from   Sherry at Atty Crocenzi's office | 0.17 | 0.00 | PJR |
| Jul-06-09 | Review Incoming Email | 0.17 | 0.00 | PJR |
| Jul-10-09 | Review documents - Letter from Rigler | 0.33 | 0.00 | PJR |
| | Review documents Letter from Counsel | 0.17 | 0.00 | PJR |
| | Review documents - Letter from Opposing Counsel | 0.17 | 0.00 | PJR |
| | review incoming letter; scan and calendar | 0.17 | 0.00 | ARM |
| Jul-16-09 | telephone call from Mike Crocenzi; e-mail to PJR | 0.17 | 0.00 | ARM |
| Jul-21-09 | Telephone call with client | 0.33 | 0.00 | PJR |
| | Review Incoming Email RE: Ricky ████████████ | 0.17 | 0.00 | PJR |
| Jul-22-09 | Review Incoming Email | 0.17 | 0.00 | PJR |
| Jul-23-09 | Review Incoming Email | 0.17 | 0.00 | PJR |
| Jul-27-09 | Review documents - ██████ | 0.17 | 0.00 | PJR |
| | Review documents | 0.17 | 0.00 | PJR |
| | telephone call from   Mike C's office; e-mail to PJR | 0.17 | 0.00 | ARM |

| Aug-03-09 | Review documents - Video | 0.33 | 0.00 | PJR |
|---|---|---|---|---|
| Aug-04-09 | Review Incoming Email & response to co-counsel | 0.17 | 0.00 | PJR |
| | Review Incoming Email & response to co-counsel | 0.17 | 0.00 | PJR |
| | Review Document | 0.50 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |
| Aug-05-09 | Review documents - memo | 0.50 | 0.00 | PJR |
| | Review Incoming Email & response | 0.17 | 0.00 | PJR |
| | Review Incoming Email & response | 0.17 | 0.00 | PJR |
| | RE: Shaw | 0.17 | 0.00 | PJR |
| | RE: Shaw Mediation letter | 0.17 | 0.00 | PJR |
| | Review Document - Mediation letter | 0.33 | 0.00 | PJR |
| | Review Incoming Email and response | 0.17 | 0.00 | PJR |

| | | | | |
|---|---|---|---|---|
| Aug-06-09 | review incoming letter; scan | 0.17 | 0.00 | ARM |
| Aug-11-09 | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |
| | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |
| Aug-12-09 | Attendance at mediation | 3.00 | 0.00 | PJR |
| Aug-13-09 | Review documents mediation report | 0.17 | 0.00 | PJR |
| | review incoming mail; scan | 0.17 | 0.00 | ARM |
| Aug-14-09 | Review Order from Judge | 0.17 | 0.00 | PJR |
| Sep-21-09 | review of file with PJR | 0.17 | 0.00 | ARM |
| Sep-24-09 | Review documents - Discovery | 1.50 | 0.00 | PJR |
| Oct-28-09 | telephone call from   Mike; e-mail to PJR | 0.17 | 0.00 | ARM |
| Nov-02-09 | incoming email and response re order on motion to extend time | 0.17 | 0.00 | PJR |
| | review Order | 0.17 | 0.00 | PJR |
| Nov-03-09 | incoming e-mail and response to mike Crocenzi | 0.17 | 0.00 | PJR |
| Nov-06-09 | forward case management plan to EJS | 0.17 | 0.00 | ARM |
| | Review of email from EJS; save Orders in file | 0.17 | 0.00 | PJR |
| Nov-18-09 | enter new dates per order | 0.17 | 0.00 | ARM |
| Dec-02-09 | Review documents - Discovery | 0.50 | 0.00 | PJR |
| Jan-05-10 | Review Incoming Email RE:   Depositions | 0.17 | 0.00 | PJR |

| Date | Description | | | |
|------|-------------|------|------|------|
| | telephone call from   Sheri regarding depositions | 0.17 | 0.00 | ARM |
| Jan-11-10 | Attendance at Depositions (Plus Travel) | 7.00 | 0.00 | PJR |
| Jan-12-10 | Attendance at Depositions (Plus Travel) | 7.00 | 0.00 | PJR |
| Feb-03-10 | Telephone call from   Mike Crocenzi & email | 0.17 | 0.00 | PJR |
| Feb-04-10 | Review documents - Damages Assessment | 0.33 | 0.00 | PJR |
| | Telephone call with Mike Crocenzi | 0.17 | 0.00 | PJR |
| Feb-15-10 | Review documents - Expert Report | 0.17 | 0.00 | PJR |
| Feb-16-10 | Review documents - Motion to Enlarge Time to File Dispositive Motions | 0.17 | 0.00 | PJR |
| | Review documents Motion to Enlarge | 0.17 | 0.00 | PJR |
| Mar-16-10 | Review documents - Defendants Expert Report | 0.33 | 0.00 | PJR |
| Apr-05-10 | Review of telephone message from client re: new address, update system | 0.17 | 0.00 | PJR |
| May-13-10 | Review Incoming Email from co counsel | 0.17 | 0.00 | PJR |
| May-14-10 | Review Incoming Email from co counsel | 0.17 | 0.00 | PJR |
| | Review documents motion to extend deadlines | 0.17 | 0.00 | PJR |
| May-15-10 | Review Incoming Email from co counsel | 0.17 | 0.00 | PJR |
| Jun-03-10 | telephone call to Mike; schedule meeting | 0.17 | 0.00 | ARM |
| Jun-10-10 | Telephone call with client & Mike Crocenzi RE: ███████████████ | 0.50 | 0.00 | PJR |
| Aug-03-10 | Review documents - Order of Court | 0.17 | 0.00 | PJR |

| | | | | |
|---|---|---|---|---|
| Aug-04-10 | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |
| Aug-20-10 | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |
| | Review documents Recommendations for Summary Judgment | 0.50 | 0.00 | PJR |
| Aug-31-10 | Review documents Motion to extend deadlines | 0.17 | 0.00 | PJR |
| Sep-22-10 | review document | 0.33 | 0.00 | PJR |
| Nov-23-10 | Review documents Order of Court | 0.17 | 0.00 | PJR |
| Nov-24-10 | Send Email to Mike C   RE:   Order of Court | 0.17 | 0.00 | PJR |
| Dec-01-10 | Review Incoming Email & response to Mike C RE:   Trial Schedule | 0.17 | 0.00 | PJR |
| | review incoming order; save in file | 0.17 | 0.00 | ARM |
| | calendar all trial dates; due dates; reminders; etc | 0.17 | 0.00 | ARM |
| Dec-09-10 | Review documents Order of Court | 0.17 | 0.00 | PJR |
| Jan-04-11 | Telephone call with Mike C. RE:   Motions in Limine | 0.33 | 0.00 | PJR |
| Jan-13-11 | Telephone call with Mike C | 0.33 | 0.00 | PJR |
| | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |
| | Review documents Docket Entries | 0.50 | 0.00 | PJR |
| Jan-27-11 | Meeting with Mike C - Pre-trial Prep | 2.50 | 0.00 | PJR |
| | organize; review filed docs; save | 1.00 | 0.00 | ARM |
| Jan-28-11 | Review Incoming Email from Counsel & response | 0.17 | 0.00 | PJR |

|  | | | | |
|---|---|---|---|---|
| | Review Incoming Email from Counsel & response | 0.17 | 0.00 | PJR |
| | Review documents - Response and Brief in Opposition of CTE to motion in limine | 0.50 | 0.00 | PJR |
| | Review documents Response and Brief in Opposition of Motion to exclude | 0.50 | 0.00 | PJR |
| | Review documents exhibit list and actual exhibits | 0.17 | 0.00 | PJR |
| Jan-31-11 | Review Incoming Email & response to Mike C | 0.17 | 0.00 | PJR |
| | Review Incoming Email & response to Mike C - RE:   Pre-trial and joint pre-trial conference | 0.33 | 0.00 | PJR |
| | Review documents - Exhibits from Opposing Counsel | 0.75 | 0.00 | PJR |
| | save incoming filings in client's file | 0.17 | 0.00 | ARM |
| Feb-02-11 | Telephone call with co-counsel | 0.50 | 0.00 | PJR |
| | Review Incoming Email from co-counsel | 0.17 | 0.00 | PJR |
| Feb-03-11 | Review documents Kern Report Supplement | 0.33 | 0.00 | PJR |
| Feb-08-11 | Review documents Pre-trial Memo and Jury Instructions | 1.00 | 0.00 | PJR |
| | Review Incoming Email & response to emails and review of documents from Co-Counsel | 0.33 | 0.00 | PJR |
| Feb-09-11 | Review documents , telephone calls & emails to Co-Counsel - RE:   Jury Instructions | 0.50 | 0.00 | PJR |
| | Review documents Defendants Pre-Trial | 0.33 | 0.00 | PJR |
| Feb-10-11 | Review documents from Opposing Counsel - Letter Requesting Adjuster to Participate by telephone | 0.17 | 0.00 | PJR |
| Feb-15-11 | Review documents - Orders RE:   Motions in Limine | 0.17 | 0.00 | PJR |

| | | | | |
|---|---|---|---|---|
| | Telephone call with Mike C | 0.33 | 0.00 | PJR |
| | Review documents - Jury Selection | 0.33 | 0.00 | PJR |
| | Review documents - Jury Instructions | 0.33 | 0.00 | PJR |
| Feb-16-11 | Attendance at Pre-trial conference | 1.75 | 0.00 | PJR |
| | calculate ███ PJR; ██████████ ████ | 0.17 | 0.00 | ARM |
| | review with PJR; e-mail to Mike C; | 0.17 | 0.00 | ARM |
| Feb-17-11 | telephone call to Federal Court; left message regarding appt to look at ELMO | 0.17 | 0.00 | ARM |
| | Telephone call RE: scheduling appointment meet with op attorney and Medical witness | 0.17 | 0.00 | PJR |
| Feb-18-11 | Review Incoming Email from Sharry - RE: Depositions | 0.17 | 0.00 | PJR |
| Feb-22-11 | Review documents Kline Depo | 0.50 | 0.00 | PJR |
| Feb-23-11 | Attendance at ELMP training - Conference call with Dr. Opplinger | 3.00 | 0.00 | PJR |
| Feb-24-11 | Review Incoming Email from Mike C RE: Video Dep of Dr. Oppligner | 0.17 | 0.00 | PJR |
| | Send Email to Mike C. RE:    Traveling to Carlisle During Trial to Depose Dr. Opplinger | 0.17 | 0.00 | PJR |
| | Review documents email from V. Saltz RE: Transcript / Trial Exhibits | 0.17 | 0.00 | PJR |
| Feb-25-11 | Review Incoming Email from Mike C   RE: Trial & Witness Prep | 0.17 | 0.00 | PJR |
| | Telephone call from Court Chambers advising of trial start date | 0.17 | 0.00 | PJR |
| | Telephone call with Mike C | 0.17 | 0.00 | PJR |
| | review with PJR; print exhibits | 0.17 | 0.00 | ARM |

| | | | | |
|---|---|---|---|---|
| | help PJR █████████████ exhibits; dictate to KN | 0.50 | 0.00 | ARM |
| | printed documents for Client | 0.17 | 0.00 | PJR |
| | Telephone call from Judge Conners chambers - message sent via email to client | 0.17 | 0.00 | PJR |
| Feb-26-11 | Preparation of   case for trial - Review of Exhibits & depositions / Preparation of Direct for Ricky Shaw | 3.00 | 0.00 | PJR |
| Feb-28-11 | Review documents from Mike C - Opening Argument and email comments in response | 0.33 | 0.00 | PJR |
| | Review Incoming Email & response RE: Exhibits / Hoffman / Walker | 0.17 | 0.00 | PJR |
| | Review Incoming Email from Mike C & response - Opening / Witnesses / use of Exhibit | 0.17 | 0.00 | PJR |
| | Review Incoming Email from Mike C & V Saltz RE:   Trial exhibits | 0.17 | 0.00 | PJR |
| | Review Incoming Email RE:   Witness production and order | 0.17 | 0.00 | PJR |
| | Review Incoming Email & response RE: █████████ | 0.17 | 0.00 | PJR |
| | review with PJR regarding depositions for ██; telephone call to sharon regarding depositions | 0.34 | 0.00 | ARM |
| Mar-01-11 | Preparation of Trial | 6.00 | 0.00 | PJR |
| | telephone call to Sharon (2); review with PJR; forward word docs of depositions | 0.17 | 0.00 | ARM |
| Mar-02-11 | Preparation of Trial | 6.00 | 0.00 | PJR |
| | review and outline all exhibits for Trial (Plaintiff's and Defendants) | 3.00 | 0.00 | ARM |
| | telephone call from   Mike C; review message; return call and left message | 0.17 | 0.00 | ARM |
| | telephone call to Judge Conner | 0.17 | 0.00 | ARM |

| Mar-03-11 | Send Email To Mike Crocenzi – RE: ███ ███ | 0.17 | 0.00 | PJR |
|---|---|---|---|---|
| | Send Email To Mike Crocenzi | 0.17 | 0.00 | PJR |
| | Send Email To Mike Crocenzi | 0.17 | 0.00 | PJR |
| | Send Email To Mike Crocenzi | 0.17 | 0.00 | PJR |
| | Preparation of Trial | 4.00 | 0.00 | PJR |
| | review incoming depos; forward to PJR | 0.17 | 0.00 | ARM |
| Mar-04-11 | Telephone call with Opposing Counsel | 0.17 | 0.00 | PJR |
| | Telephone call with Judge & Opposing Counsel | 0.17 | 0.00 | PJR |
| | Telephone call with Client | 0.17 | 0.00 | PJR |
| | Meeting with Mike C. – cancelled | 0.00 | 0.00 | PJR |
| | review incoming order; scan; calendar new trial date | 0.17 | 0.00 | ARM |
| Mar-07-11 | Send Email To Mike Crocenzi | 0.17 | 0.00 | PJR |
| Mar-24-11 | Send Email To Mike Crocenzi | 0.17 | 0.00 | PJR |
| Mar-31-11 | Send Email to Jessica Hickey & Crocenzi, Michael | 0.17 | 0.00 | PJR |
| | Send Email to Mike Crocenzi | 0.17 | 0.00 | PJR |
| Apr-06-11 | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |
| | Review Incoming Email from V Saltz | 0.17 | 0.00 | PJR |
| | Review Incoming Email from Mike C | 0.17 | 0.00 | PJR |

| | | | | |
|---|---|---|---|---|
| Apr-11-11 | Review Incoming Email RE: Opplinger's Depo | 0.17 | 0.00 | PJR |
| Apr-12-11 | Review documents Letter to Judge Conner | 0.17 | 0.00 | PJR |
| | Review documents :Letter from V Saltz | 0.17 | 0.00 | PJR |
| | Review Incoming Email from Mike C - RE: Walker Depo | 0.17 | 0.00 | PJR |
| | review incoming faxes from OC; telephone call from   Mike; e-mail to PJR | 0.17 | 0.00 | ARM |
| Apr-14-11 | Review documents Notice of Deposition | 0.17 | 0.00 | PJR |
| | Telephone call with Mike C | 0.33 | 0.00 | PJR |
| Apr-15-11 | Telephone call with Mike C | 0.33 | 0.00 | PJR |
| Apr-28-11 | Review Incoming Email from Ashley RE: Witnesses | 0.17 | 0.00 | PJR |
| | review with PJR; telephone call to Sherry; e-mail to PJR | 0.17 | 0.00 | ARM |
| Apr-29-11 | review incoming e-mail from Sherry regarding witnesses; forward to PR | 0.17 | 0.00 | ARM |
| May-10-11 | Review Incoming Email & responses to Judge Conners Email RE:   Ready for trial | 0.17 | 0.00 | PJR |
| | Preparation of Testimony for Pat Whitmyer | 2.50 | 0.00 | PJR |
| | review with PJR; ███████████████ ███████████ | 0.17 | 0.00 | ARM |
| | telephone call from Mike C; e-mail to PJR | 0.17 | 0.00 | ARM |
| May-11-11 | Preparation for court | 3.00 | 0.00 | PJR |
| May-13-11 | Preparation for court | 4.00 | 0.00 | PJR |
| May-14-11 | Preparation of case for trial - Exhibits & | 6.00 | 0.00 | PJR |

|  |  | examination |  |  |  |
|---|---|---|---|---|---|
|  |  | telephone call to/from clerk regarding ██; review with PJR | 0.17 | 0.00 | ARM |
|  | May-15-11 | Preparation of case for trial   - Exhibits & examination | 8.00 | 0.00 | PJR |
|  | May-16-11 | Attendance at trial | 10.00 | 0.00 | PJR |
|  |  | Preparation of case for next day | 2.00 | 0.00 | PJR |
|  |  | review incoming brief from defendant; save in file | 0.17 | 0.00 | ARM |
|  | May-17-11 | Attendance at trial | 7.00 | 0.00 | PJR |
|  |  | Attendance at deposition of Dr. Oplinger & travel | 2.50 | 0.00 | PJR |
|  |  | Preparation of case for next day | 3.00 | 0.00 | PJR |
|  | May-18-11 | Attendance at trial | 9.50 | 0.00 | PJR |
|  |  | Preparation of case for next day | 2.50 | 0.00 | PJR |
|  |  | scan jury instructions; e-mail to Mike C | 0.17 | 0.00 | ARM |
|  | May-19-11 | Attendance at trial | 9.00 | 0.00 | PJR |
|  |  | Telephone call to client | 0.17 | 0.00 | PJR |
|  | May-23-11 | Review documents Various Docket entries | 0.33 | 0.00 | PJR |
|  |  | review incoming filings; save in file | 0.17 | 0.00 | ARM |
|  |  | jury info for PJR | 0.17 | 0.00 | ARM |
|  | May-25-11 | e-mail to Mike C with fees | 0.17 | 0.00 | ARM |

| Jun-01-11 | Review documents Motion to enlarge time | 0.17 | 0.00 | PJR |
|---|---|---|---|---|

| | Totals | 168.56 | | $37,186.20 | |
|---|---|---|---|---|---|
| | ARM | 15.21 | $95.00 | $1,444.95 |
| | PJR | 157.35 | $310.00 | $48,778.50 |

TAX ID Number      05-0532082