AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 3 0 2012
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | | |
|---|---|---|
| RICKY A. SHAW, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:09-CV-0359 |
| CUMBERLAND TRUCK EQUIPMENT CO., | ) | (Judge Conner) |
| *Defendant* | ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X   other:   JUDGMENT on the punitive damages claim shall be and is hereby ENTERED in favor of defendant CUMBERLAND TRUCK EQUIPMENT CO., and against plaintiff RICKY A. SHAW, as a matter of law, in accordance with the court's memorandum and order (Doc. 109), dated March 30, 2012, AND that JUDGMENT on all other claims be ENTERED in favor of plaintiff RICKY A. SHAW, and against defendant CUMBERLAND TRUCK EQUIPMENT CO., in the amounts of $30,000 compensatory damages, $98,500 back pay, and $175,000 front pay, in accordance with the jury verdict rendered on May 19, 2011.

This action was *(check one):*
X   tried by a jury with Judge or Magistrate Judge   Christopher C. Conner   presiding, and the jury has rendered a verdict.

☐   tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge   Christopher C. Conner   on a Motion for Judgment as a Matter of Law, or to Alter or Amend Judgment.

Date:   Mar 30, 2012           CLERK OF COURT   MARY E. D'ANDREA

_____
*Signature of Clerk or Deputy Clerk*